UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 19-00177-JLS (KESx)                    Date: March 26, 2019
Title:  In Sun Kil v. Michaels Stores, Inc., et al.

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

   Terry Guerrero                                       N/A
   Deputy Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE ("OSC")
REGARDING SERVICE OF ADA NOTICE**

On January 31, 2019, the Court issued its ADA Disability Access Litigation
Notice, blank Application to Stay, and proposed Order granting Application to Stay
("ADA packet"). (Doc. 9.)

In the Notice, Plaintiff was directed to serve the ADA packet on Defendant(s) and
to file proof of service. The deadline imposed by the Court for service of the ADA packet
and the filing of proof of service has passed.

Plaintiff is ordered to serve Defendant(s) with the ADA packet and to file proof of
service no later than seven days of the entry of this Order. Failure to do so will result in
the Court's consideration of appropriate sanctions for failure to follow a Court order.

Initials of Preparer:  tg